# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140975

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANGELO JOE AMADOR,
      Defendant-Appellant.

SC: 140975
COA: 296825
Oakland CC: 2001-177540-FC

_____/

On order of the Court, the application for leave to appeal the April 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

*Corbin R. Davis*
Clerk

s0920